IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and VIRGILIO B. SANTOS, Revenue Officer, ) ) | NO. 05-1837 SI |
| Petitioners, ) ) | |
| v. ) ) | **ORDER ENFORCING SUMMONS** |
| MARK A. MANNING, ) ) | |
| Respondent. ) ) | |

This matter having come on for hearing on July 1, 2005, upon return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition to Enforce Internal Revenue Service Summons, and any arguments by the parties, and for good cause shown,

**IT IS HEREBY ORDERED** that the summons is enforced.

**IT IS FURTHER HEREBY ORDERED** that respondent, Mark A. Manning, shall appear before Virgilio B. Santos, or any other designated agent of the Internal Revenue Service, on <u>Wednesday, July 27, 2005, at 10:00 </u>a.m., at the offices of the Internal Revenue Service located at 1301 Clay Street, 1400-S, Oakland, California, and then and there give testimony relating to the matters described in the subject of the Internal Revenue Service summons, a copy of which was previously

served upon the Respondent, and to produce for the Revenue Officer's inspection and copying all of the documents requested in the subject Internal Revenue Service summons.

**IT IS FURTHER HEREBY ORDERED** that if the respondent, Mark A. Manning, does not appear, give testimony and produce the documents requested in the subject summons as ordered herein, he shall appear before this Court on August 19, 2005, at 9:00 a.m., and then and there show cause why he should not be held in contempt of this Order.

**ORDERED** this 1st day of July, 2005, at San Francisco, California.

*IT IS SO ORDERED*
*Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Order Enforcing Summons
Case No. C-05-1837-SI                     2